HORACE B. CLAFLIN, Respondent, *v.* EVOLIN B. ROBERT-
SON, Appellant.

*N. Y. Supreme Court, Fifth Department, General Term, April* 12, 1889.

*Discontinuance.*—*Power of County Judge.*—In an action at law to recover
money only, the costs are not discretionary, but regulated by
statute, and a county judge cannot, in such cases, permit a dis-
continuance of an action in his court absolutely, upon payment
of motion costs of ten dollars only.

*E. M. Sanger*, for respondents.

*A. C. Picard*, for appellants.

MACOMBER, J.—Had the order in this action, from which
the appeal is taken, been the same as the one in which Hiram
Exstein was plaintiff, heard at the present term of court,
the same, for the reason stated in the opinion in the Ex-
stein Case, would doubtless have been affirmed. But the
order in this case permitted a discontinuance absolutely
upon payment of motion costs of ten dollars only. This,
we think, it was not competent for the county judge to
order. The action is one at law to recover money only,
where the costs are not discretionary, but are regulated by
statute.

The order appealed from should be reversed. with costs,
leaving the plaintiffs to proceed as they may be advised.

All concur.